UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


CAROL BAGLEY,

      Plaintiff,

v.                                                      Case No. 2:05-cv-76
                                                        HON. GORDON J. QUIST

J.C. PENNEY CORPORATION, INC.,

      Defendant.
_____/


## ORDER

      In accordance with the Opinion issued herewith,

      IT IS HEREBY ORDERED that defendant's Motion to Strike Plaintiff's Experts

and Preclude Submission of Expert Testimony (Docket #59) is DENIED.

      IT IS FURTHER ORDERED that defendant shall be awarded its reasonable costs

and expenses in presenting its motion to the Court.

      IT IS SO ORDERED.



      /s/ Timothy P. Greeley
      TIMOTHY P. GREELEY
      UNITED STATES MAGISTRATE JUDGE


Dated:   September 13, 2006